```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 06900
   VERLIN MCCULLOUGH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6651

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/24/2004 and was confirmed 05/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.76%.

     The case was paid in full 06/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
-----------------------------------------------------------------------
ILLINOIS DEPT PUBLIC AID  UNSECURED     42443.53         .00         8811.28
ILLINOIS ATTORNEY GENERA  NOTICE ONLY   NOT FILED        .00              .00
TIMOTHY K LIOU            DEBTOR ATTY    2,591.00        .00         2,591.00
TOM VAUGHN                TRUSTEE                                      684.43
DEBTOR REFUND             REFUND                                       112.86

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             12,199.57

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  8,811.28
ADMINISTRATIVE                             2,591.00
TRUSTEE COMPENSATION                         684.43
DEBTOR REFUND                                112.86
                    --------------         --------------
TOTALS              12,199.57              12,199.57

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/20/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```